UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:20-CR-541-1D
Civil No. 5:23-CV-627-D

| | |
|---|---|
| CALEB MALIK BATCHELOR, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ORDER |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 1 day of November, 2023.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE